**Counsel of Record:**

Stephan J. Schlegelmilch
Bridget M. Fitzpatrick
C. Joshua Felker
Adam J. Eisner
Carolyn Kurr
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F. Street, N.E.
Washington, DC 20549
Telephone: (202) 551-4935 (Schlegelmilch)
Facsimile: (202) 551-4935 (Schlegelmilch)
SchlegelmilchS@SEC.gov

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | : |
| **Plaintiff,** | : |
| vs. | : Civil No. 1:14-cv-00562-WTL-MJD |
| **TIMOTHY J. COUGHLIN, OICU LTD.,** and **OICU INVESTMENTS CORP.** (*both d/b/a* "Oxford International Credit Union" and/or "Oxford International Cooperative Union"), | : |
| **Defendants, and** | : |
| **AMERICAN QUALITY CLEANING SERVICES, INC.** (*d/b/a* "Oxford Privacy Group"), and **AVOCALON, LLC,** | : |
| **Relief Defendants.** | : |

**FINAL JUDGMENT AS TO RELIEF DEFENDANTS
AMERICAN QUALITY CLEANING SERVICES, INC., AND
AVOCALON, LLC**

The Securities and Exchange Commission having filed a Complaint and Relief

Defendants American Quality Cleaning Services, Inc. (AQCS), and Avocalon, LLC having entered a general appearance and consented to the Court's jurisdiction over Relief Defendants and the subject matter of this action; having consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant AQCS is liable for disgorgement of $2,270,100.50, representing unjust enrichment as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $152,016.96, for a total of $2,422,117.46.

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Relief Defendant Avocalon is liable for disgorgement of $1,823,750.87, representing unjust enrichment as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $429,659.58, for a total of $2,253,410.45.

III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Relief Defendant AQCS shall satisfy its disgorgement and prejudgment interest obligation by paying $2,422,117.46 to the Securities and Exchange Commission within 14 days after entry of this Final Judgment, and Relief Defendant Avocalon shall satisfy its disgorgement and prejudgment interest obligation by paying $2,253,410.45 to the Securities and Exchange Commission within 14 days after entry of this Final Judgment.

Relief Defendants AQCS and Avocalon may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Relief Defendants may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

>   Enterprise Services Center
>   Accounts Receivable Branch
>   6500 South MacArthur Boulevard
>   Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Relief Defendant's name; and specifying that payment is made pursuant to this Final Judgment.

Relief Defendants shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making this payment, Relief Defendants relinquish all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendants.

The Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval.  The Court shall retain jurisdiction over the administration of any distribution of the Fund.  If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by

law) at any time after 14 days following entry of this Final Judgment.  Relief Defendants shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.


Dated:  October 29, 2014

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana


Distribution to all registered counsel by electronic notification via CM/ECF